**Milford Kellenberger, Appellee, v. Helen Hartman Mitchell, Administratrix of Estate of Everett E. Mitchell, Deceased, Appellant.**

Gen. No. 9,326.

Heard in this court at February term, 1942; opinion filed May 20, 1942; rehearing denied October 6, 1942. Omer Poos, for appellant; Dennis J. Godfrey, for appellee. Opinion by JUSTICE RIESS. ''Not to be published in full.''